UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GALA L. MARSHALL and
JOEY MARSHALL                                                          PLAINTIFFS

VS.                                    CIVIL ACTION NO.: 3:13-cv-803-DPJ-FKB

WILLIE WALKER; CRETE
CARRIER CORPORATION;
JOHN DOES 1-3 and
JOHN DOE ENTITIES 1-3                                                  DEFENDANTS

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Gala L. Marshall and Joey Marshall and Defendants Willie Walker and Crete Carrier Corporation submit this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (a)(1)(B). The parties herein have reached a settlement and all parties stipulate that this case is dismissed with prejudice.

This the 18th day of May, 2016.

| | |
|---|---|
| /s/ Don H. Evans | /s/Suzanne C. Hudson |
| Don H. Evans, Esq. (MSB# 5259) | David C. Dunbar (MSB# 6227) |
| Katherine M. Bousquet (MSB #103964) | Suzanne C. Hudson (MSB#103079) |
| 500 E. Capitol Street, Suite 2 | *DunbarMonroe, PLLC* |
| Jackson, MS  39201-3302 | 270 Trace Colony Park, Suite A |
| Telephone (601) 969-2006 | Ridgeland, Mississippi  39157 |
| | Telephone (601) 898-2073 |
| ***Attorneys for Plaintiffs*** | ***Attorneys for Defendants*** |

1